**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| CHARLES ALAN DYER, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. CIV-16-941-C |
| | ) | |
| JIM FARRIS, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER DIRECTING RESPONDENT TO**
**SUPPLEMENT THE STATE COURT RECORD**

Respondent filed a Response to the habeas petition, [Doc. No. 20], attaching numerous state court documents. However, while Respondent acknowledges that Petitioner filed "an application for post-conviction relief on April 24, 2014" and argues that Petitioner failed to raise one particular claim in that document or on direct appeal, *see* Response at 2, 55, Respondent does not include the application for post-conviction relief as an attachment. *See id.*, *passim.*[1]

The Court deems Petitioner's application for post-conviction relief necessary for full review of the claims and arguments presented.

IT IS THEREFORE ORDERED, pursuant to Rule 5(c) of the Rules Governing Section 2254 Cases in the United States District Courts, that Respondent shall submit Petitioner's application for post-conviction relief no later than March 30, 2018.

IT IS SO ORDERED this 9th day of March, 2018.

_____
BERNARD M. JONES
UNITED STATES MAGISTRATE JUDGE

---

[1] Respondent does attach Petitioner's post-conviction appeal brief.