IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHARLES ALAN DYER, | ) |
| Petitioner, | ) ) ) |
| vs. | ) Case No. CIV-16-941-C ) |
| JIM FARRIS, Warden | ) ) |
| Respondent. | ) ) |

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on the Report and Recommendation ("R&R") entered by United States Magistrate Judge Bernard M. Jones on July 6, 2018. Pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B), the matter was referred to the Magistrate Judge, who entered an R&R recommending the Petition be denied.

Petitioner filed a Motion for Extension of Page Limit (Dkt. No. 38) and that Motion is GRANTED. After a review of the court file and Petitioner's Objection to Magistrate's Report and Recommendation (Dkt. No. 39), and considering all matters de novo, this Court adopts the Report and Recommendation in its entirety. Petitioner has failed to demonstrate and cannot demonstrate that the matters he challenges in this habeas action were decided in a manner that was contrary to or an unreasonable application of Supreme Court law.

Accordingly, the Report and Recommendation of the Magistrate Judge is adopted and Petitioner's case is DENIED. A separate judgment will issue.

IT IS SO ORDERED this 13th day of November, 2018.

ROBIN J. CAUTHRON
United States District Judge